**Order entered January 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01204-CV

### OLD REPUBLIC INSURANCE COMPANY, Appellant

### V.

### JOHN K. CROSS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 89859CC**

## ORDER

On December 23, 2014, appellee filed a motion to dismiss the appeal for failure of appellant to timely file a brief. Appellee subsequently realized that appellant timely filed his brief because the original deadline fell on a Saturday. On December 31, 2014, appellee filed a motion to withdraw its motion to dismiss. We **GRANT** appellee's motion to withdraw its motion to dismiss the appeal.

Appellee's brief is due January 29, 2015.

/s/     ELIZABETH LANG-MIERS
JUSTICE